■ 15 EAST 11TH APARTMENT CORP., Appellant, v H. HENRY ELGHANAYAN et al., Respondents, et al., Defendants. (And Other Actions.) [610 NYS2d 786] —Order, Supreme Court, New York County (Herman Cahn, J.), entered on or about June 29, 1993, unanimously affirmed for the reasons stated by Cahn, J., without costs and without disbursements. No opinion. Concur —Murphy, P. J., Rosenberger, Wallach and Rubin, JJ.

■ JOEL GROSSMAN et al., Respondents, v MKF REALTY CORP., Appellant. [610 NYS2d 247] —Order, Supreme Court, New York County (Joan Lobis, J.), entered January 7, 1993, which, to the extent appealed from, granted defendant's motion for renewal or reargument and thereupon denied its cross-motion for payment of rent retroactive to April 1, 1980, unanimously affirmed, without costs.

As the IAS Court properly determined (155 Misc 2d 841), the 1992 amendment to the Loft Law (Multiple Dwelling Law § 284 [1] [ii]; L 1992, ch 227, § 1), providing that owners who take certain steps to bring their premises up to residential standards "shall hereafter be deemed in compliance", creates a new right to collect rents prospectively, and was not intended to confer an entitlement to back rents accruing since April 1, 1980. Concur—Murphy, P. J., Rosenberger, Wallach, Ross and Rubin, JJ.